

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,719-01

### EX PARTE IN RE ABELINO REYNA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM McLENNAN COUNTY

*Per curiam.*  **MEYERS, J., dissents.  RICHARDSON, J., not participating.**

### O R D E R

In the underlying cause, the trial judge entered a gag order at the request of the State.[1]  In an application for a writ of mandamus, the real party in interest then asked the Tenth Court of Appeals to lift the gag order.  That court conditionally granted relief, whereupon the State filed an application for a writ of mandamus requesting that this Court prohibit the court of appeals from lifting the trial court's gag order.  This Court issued a stay as to the order of the Tenth Court of Appeals that conditionally granted relief and filed and set for submission the mandamus application filed by the

---

[1] This is one of 177 cases arising from a disturbance at a Waco restaurant.

1

State.  The real party in interest now moves this Court to lift its stay and allow the court of appeals's order to take effect because the State has repeatedly violated the gag order.

The motion is denied.  The issues raised in the State's application for a writ of mandamus have been filed and set in this Court, and the Court has received briefs from the real party in interest, the State, and two amici curiae.  In this procedural position, we decline to act; based on the complaint raised by the real party in interest, the trial court is the proper venue for review of alleged violations of its gag order.

Filed:          September 23, 2015
Do not publish